JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Cynthia Davis,

Plaintiff,

v.

Redwood Wellness, LLC,

Defendants.

CV 20-3273 PA (JEMx)

JUDGMENT

Pursuant to the Court's April 28, 2020 Order dismissing this action for lack of prosecution and failure to comply with the Court's order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 28, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE